No. 72–6023. BIAS *v.* GIES ET AL. Appeal from D. C. S. D. W. Va. Motion of appellant for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded for reconsideration in light of *Patterson* v. *War-*

*ner, ante,* p. 303; and *State ex rel. Reece* v. *Gies,* ——
W. Va. ——, 198 S. E. 2d 211 (1973).